THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 268(d)(2), SCACR.
THE
 STATE OF SOUTH CAROLINA
In
 The Court of Appeals

 
 
 
 Isaiah Truesdale,
 Jr., Appellant,
 v.
 Charleston County Sheriff's
 Department, Respondent.
 
 
 

Appeal From Charleston County
  Deadra L. Jefferson, Circuit Court Judge
Unpublished Opinion No. 2010-UP-206
Submitted March 1, 2010  Filed March 15, 2010    
APPEAL DISMISSED

 
 
 
 Thomas R. Goldstein, of Charleston, for Appellant.
 Joseph Dawson, III, Bernard E. Ferrara, Jr., Bernice M. Jenkins, and
 Austin A. Bruner, all of North Charleston, for Respondent.
 
 
 

PER CURIAM:  Isaiah Truesdale appeals the circuit court's dismissal of his action for failure to
 prosecute.  We dismiss[1] Truesdale's appeal pursuant to Rule 220(b), SCACR,
 and the following authorities:  Rule 203(b)(1), SCACR (providing (1) a party wishing
 to appeal an order of the circuit court must serve a notice of appeal on all respondents "within thirty days after receipt of written notice of entry of
 the order or judgment" and (2) a timely Rule 59(e), SCRCP, motion to alter
 or amend judgment stays the time for appeal until the appellant receives
 "written notice of entry of the order granting or denying such
 motion");  Rule 203(d)(3), SCACR (providing an untimely notice of appeal shall be dismissed); Rule
 77(d), SCRCP ("Immediately upon the entry of an order or judgment the
 clerk shall serve a notice of the entry by first class mail upon every party
 affected thereby . . . .  Such mailing is
 sufficient notice for all purposes for which notice of the entry of an order or
 judgment is required by these rules."); Ex parte Morris, 367 S.C.
 56, 64, 624 S.E.2d 649, 653 (2006) (holding counsel's statements and
 arguments regarding the facts of a case are not admissible evidence
 and will not be considered on appeal).
APPEAL DISMISSED.
PIEPER and GEATHERS, JJ., and CURETON,
 A.J., concur.

[1] We decide this case without
 oral argument pursuant to Rule 215, SCACR.